IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIEL JIMENEZ,

    Plaintiff,

v.

BANK OF AMERICA FKA et al.,

    Defendants.

                               /

No. C 09-05575 CRB

**ORDER GRANTING MOTION TO DISMISS**

In this mortgage case, Plaintiff has brought suit against Bank of America FKA Countrywide Home Loans, AEGIS Wholesale Corporation, Commonwealth Land Title, Mortgage Electronic Registration Systems, Inc., Twin Capital Mortgage, and Darius John Mirshanzaden (an individual and presumably an employee of Twin Capital). He alleges causes of action for: (1) violation of TILA; (2) violation of the California Rosenthal Act, Cal. Civil Code §§ 1788; (3) negligence; (4) violation of RESPA; (5) breach of fiduciary duty; (6) fraud; (7) violations of California Business and Professions Code § 17200; (8) breach of contract; (9) breach of the implied covenant of good faith and fair dealing; and (10) wrongful foreclosure.

Two defendants, Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc., have brought a motion to dismiss all causes of action against them. Plaintiff failed to file an Opposition or Statement of Non-Opposition to either motion, in violation of Civil Local Rule 7-3. Plaintiff's failure to do so is particularly egregious in

this case because the Court had previously dismissed Plaintiff's claims against two other defendants on the ground that Plaintiff had failed to respond to those defendants' motions to dismiss. *See* Order Granting Motion to Dismiss, February 5, 2010. The Court's Order dismissing those claims was filed five days before the Defendants filed the motion now pending before this Court. In other words, Plaintiff had ample notice that a failure to oppose or otherwise respond to the motion to dismiss now pending before the Court would result in dismissal of Plaintiff's claims against Countrywide and MERS. Plaintiff nonetheless failed to respond.

Accordingly, the Court GRANTS Defendants' motion, with prejudice.

**IT IS SO ORDERED.**

Dated: March 26, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE