IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIEL JIMENEZ,

    Plaintiff,

  v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

No. C 09-5575 CRB

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

On March 26, 2010, the Court granted Defendants' Motion to Dismiss with prejudice. Accordingly, Plaintiff's Motion for Leave to File First Amended Complaint is DENIED.

**IT IS SO ORDERED.**

Dated: May 6, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5575\Order re Mtn for Leave to Amend.wpd