IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-5575 CRB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

On March 26, 2010, the Court granted Defendants' Motion to Dismiss with prejudice. Accordingly, Plaintiff's Motion for Leave to File First Amended Complaint is DENIED.

**IT IS SO ORDERED.**

Dated: May 6, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5575\Order re Mtn for Leave to Amend.wpd